UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENJAMIN I. ABOLAFYA,

    Plaintiff,

  v.

MARK SELING, *et al.*,

    Defendants.

Case No. C03-5646FDB

ORDER DENYING APPEAL

Plaintiff appeals and objects to Magistrate Judge Strombom's Order of March 24, 2005 (Dkt. # 62) in which she denies Plaintiff's motions to enforce a subpoena and to compel discovery. Plaintiff asserts that the Magistrate Judge erred in overlooking his citations to case law and his argument that the "Ombudsman protocol" is silent on whether the Ombudsman may be deposed.

The Court has reviewed the Magistrate Judge's order at issue and concludes that it is well reasoned and reaches the appropriate conclusion. ACCORDINGLY,

IT IS ORDERED: Plaintiff's "Certification of Objections to Magistrate Judge Strombom's Orders and Appeal of Decision" [Dkt. # 84] is DENIED.

DATED this 10th day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1