The Honorable FRANKLIN D. BURGESS
Magistrate KAREN L. STROMBOM

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| BENJAMIN I. ABOLAFYA,<br><br>                Plaintiff,<br><br>    v.<br><br>SELING, et al.,<br><br>                Defendants. | NO. C03-5646FDB<br><br>STIPULATED SETTLEMENT, ORDER OF DISMISSAL, AND CONSENT JUDGMENT<br><br>**CLERK'S ACTION REQUIRED** |

**I.    STIPULATED SETTLEMENT**

The parties agree as follows: (1) that defendants have offered to settle plaintiff Benjamin Abolafya's claims for ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00), including all costs, pursuant to Federal Rule of Civil Procedure 68; (2) that plaintiff Abolafya has accepted defendants' offer as a full and final resolution of all his claims asserted in this lawsuit; (3) that the Court may accordingly enter a consent judgment in plaintiff Abolafya's favor in the amount of $1,500.00 and dismiss his claims with prejudice; (4) that the judgment amount shall be paid by the State of Washington on behalf of

STIPULATED SETTLEMENT, ORDER OF DISMISSAL, AND CONSENT JUDGMENT
- NO. C02-5646FDB

1

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558

all defendants; and (5) that this Stipulated Settlement and Consent Judgment does not reflect an admission of liability by any defendant or the State of Washington.

Approved:
ROB MCKENNA
Attorney General

_____  Signed: June____, 2005
TIMOTHY N. LANG, WSBA #21314
DONNA J. HAMILTON, WSBA #26894
Assistant Attorney General
Attorneys for DSHS Defendants

The Goss Law Firm PLLC

_____  Signed: June____, 2005 _____
C. CHIP GOSS, WSBA #22112
Attorney for Defendant Kathy Bingham

I agree to the terms of the settlement described above and understand that this is a final settlement of all my claims in this matter:

_____  Date Signed: June____, 2005
BENJAMIN ABOLAFYA
Plaintiff

## II.    CONSENT JUDGMENT

Based on the stipulation of the parties, it is HEREBY ORDERED: (1) that a stipulated judgment is entered in favor of plaintiff ABOLAFYA and against defendants in the amount of $1,500.00; (2) that plaintiff ABOLAFYA claims are dismissed with prejudice; (3) that neither defendants nor plaintiff ABOLAFYA shall recover costs or interest herein; (4) that payment of the judgment amount shall be made directly to plaintiff ABOLAFYA; and (5) that upon receipt

/ / /

/ / /

/ / /

STIPULATED SETTLEMENT, ORDER
OF DISMISSAL, AND CONSENT
JUDGMENT
- NO. C02-5646FDB

2

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558

of payment, plaintiff ABOLAFYA shall promptly sign and return a Satisfaction of Judgment to defendants' counsel for entry with the Court.

DATED this 29th day of June 2005

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Approved as to content and presented by:
ROB MCKENNA
Attorney General

_____  Date Signed: _____
TIMOTHY N. LANG, WSBA #21314
DONNA J. HAMILTON, WSBA #26894
Assistant Attorney General
Attorneys for Defendants
timothyl@atg.wa.gov

The Goss Law Firm PLLC

_____  Date Signed: June___, 2005 _____
C. CHIP GOSS, WSBA #22112
Attorney for Defendant Kathy Bingham

I approve of and agree that this Stipulated Settlement, Order of Dismissal, and Consent Judgment may be entered with the Court without further notice to me:

_____  Date Signed:   June____, 2005.
BENJAMIN I. ABOLAFYA
Plaintiff

STIPULATED SETTLEMENT, ORDER
OF DISMISSAL, AND CONSENT
JUDGMENT
- NO. C02-5646FDB

3

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA  98504-0124
(360) 459-6558