UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENJAMIN I. ABOLAFYA,

    Plaintiff,

    v.

MARK SELING, *et al.*,

    Defendants.

Case No. C03-5646FDB

ORDER EXTENDING RESPONSE DEADLINE

    Defendants request an extension of time to August 22, 2005 to respond to Plaintiff's Motion to Enforce Settlement. There has been good cause shown, and no opposition filed. Accordingly,

    IT IS ORDERED: Defendants' Motion To Extend Response Deadline [Dkt. # 101] is GRANTED. The Clerk shall renote Plaintiff's Motion to Enforce Settlement to August 23, 2005.

    DATED this 16th day of August, 2005.

                                     FRANKLIN D. BURGESS
                                     UNITED STATES DISTRICT JUDGE

ORDER - 1